Kristie Fischer
Nevada Bar No. 11693
Rebecca Evans (PHV UT #16846)
Utah Bar No. 16846
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Phone: (385) 233-6612 ext. 3152
kristiefischer@lawhq.com
rebecca@lawhq.com

*Attorneys for Plaintiffs, listed below*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Eric Vawter**, et al,<br><br>        Plaintiffs,<br><br>v.<br><br>**Porch.com Inc.,** a Delaware corporation;<br>**GoSmith Inc.** a Delaware corporation;<br>**Matthew Ehrlichman**, CEO and<br>co-founder of Porch.com Inc. and CEO of<br>GoSmith, Inc., in his individual capacity;<br>**Brenton Marrelli**, CEO and co-founder of<br>GoSmith Inc., in his individual capacity;<br>and **Darwin Widjaja,** CTO and co-founder<br>of GoSmith Inc. and VP of Porch.com Inc.,<br>in his individual capacity,<br><br>        Defendants. | Civil Case No.: 2:20-cv-00752-JAD-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge Jennifer A. Dorsey<br>Magistrate Judge Elayna J. Youchah |

Pursuant to Fed. R. Civ. P. 6(b)(1) & L.R. IA 6-1, Plaintiffs, through counsel, file on behalf of Defendants' counsel, this Unopposed Motion to Extend Time for Defendants to Respond to Plaintiffs' Complaint. Plaintiffs respectfully request that this Court extend the deadline for Defendants to respond to the Complaint [Docket #1] until **Wednesday, July 15, 2020.**

**MEMORANDUM**

**I.    INTRODUCTION**

Plaintiffs timely file this request on behalf of Defendants' counsel and request the Court extend the deadline for Defendants Porch.com Inc., GoSmith Inc., Matthew Ehrlichman, Brenton Marrelli, and Darwin Widjaja (collectively, "Defendants") to Respond to Plaintiffs' Complaint until **Wednesday, July 15, 2020**. Defense counsel has conferred with Plaintiffs' counsel, who does not oppose the extension and thus agreed to file on Defendants' behalf. Defendants' lead counsel is recovering from COVID-19 and Defendants have not yet appeared in the matter. This request is made for good cause, is not anticipated to prejudice any party, and does not cause undue delay.

**II.    FACTS**

1.    This is a mass tort action alleging TCPA (Telephone Consumer Protection Act) violations. *See, generally*, Complaint [Docket #1]. There are 12 other similar actions in other jurisdictions for which the same counsel represent the parties. See Notice of Pendency [Dkt. #4].

2.    Plaintiffs filed their Complaint in this action on April 27, 2020 in the United States District Court for the District of Nevada. *See* Dkt. #1.

3.    Plaintiffs sent Defendants a waiver of service on April 30, 2020, which Defendants returned, signed and executed. *See* Dkt. #6. Under Fed. R. Civ. P. 4, Defendants' response to the Complaint is currently due on June 29, 2020.

4.    Counsel for Plaintiffs and Counsel for Defendants jointly agree that the extension requested is warranted.

5.    Lead counsel for Defendants is recovering from COVID-19 and has requested additional time to prepare responsive pleadings in this matter. Defendants are still in the process of retaining local counsel in this matter. Plaintiffs do not oppose.

6.    Additionally, the United States Supreme Court's decision in *Barr v. American Association of Political Consultants Inc.*, No. 19-631, is expected to issue by June 30, 2020. This decision relates to the TCPA, and may impact this case. Counsel agree a brief extension

1  should allow better analysis after that decision has been issued.

2       7.      Defendants have executed a waiver, which grants them an additional 39 days to

3  respond. However, Plaintiffs have agreed to file this request on Defendants' behalf.

4       8.      This request is made with good cause and will not cause undue delay. Neither

5  party anticipates any prejudice as a result of the delay.

6  **III.   ARGUMENT**

7       A party may request an extension of time for good cause. Fed. R. Civ. P. 6(b)(1); L.R.

8  IA 6-1. Plaintiffs respectfully submit that good cause exists for granting additional time for

9  Defendants to respond to the Complaint. By requesting this extension, no party is waiving any

10  objections or defenses available under applicable law.

11       This is a mass tort action filed against Defendants, alleging violations of the Telephone

12  Consumer Protection Act ("TCPA"). A Notice of Pendency was previously filed describing

13  similar actions to which Defendants are also preparing to respond. *See* Dkt. # 4. Lead counsel

14  for Defendants became ill with COVID-19 for several weeks. As a result, Defendants are still

15  in the process of retaining local counsel in this and several other jurisdictions, as well as

16  preparing the responsive pleadings.

17       Furthermore, the United States Supreme Court is expected to issue its decision in the

18  case *Barr v. American Association of Political Consultants Inc.*, No. 19-631. As a result of

19  issues raised in that matter, the Supreme Court could hold that the TCPA's autodialing

20  restrictions are unconstitutional. Because the Supreme Court's decision is expected to issue

21  imminently, and out of an abundance of caution, the parties agree that an extension of time is

22  advisable.

23       The Court has not scheduled any hearings or other events in this case. The parties

24  believe the requested extension to file a responsive pleading will not unduly delay the

25  proceedings. The parties foresee no adverse effect or prejudice if the Unopposed Motion is

26  granted. For these reasons, this Unopposed Motion is made in good faith and Plaintiffs

27  respectfully request that it be granted.

28

1

**IV.   CONCLUSION**

2          For all of the reasons above, Plaintiffs respectfully request that the Court enter an order

3  extending the Defendants' deadline to respond to the Complaint until **Wednesday, July 15,**

4  **2020.**

5          Date: 6/22/2020                     Respectfully submitted,

6                                              /s/ *Kristie Fischer*
                                               Kristie Fischer
7                                              NV Bar No. 11693

8                                              /s/ *Rebecca Evans*
9                                              Rebecca Evans (PHV *submitted*)
                                               Utah Bar No. 16846
10

11                                             **LawHQ, LLC**
                                               Attorneys for Plaintiffs, listed below
12

13

14                              **ORDER OF THE COURT**

15          For the reasons described in the Motion and for good cause shown, the Court hereby

16  **GRANTS** the Unopposed Motion to Extend Time for Defendants to Respond to Plaintiffs'

17  Complaint.  Defendants shall have up to and including **Wednesday, July 15, 2020** to file a

18  responsive pleading to the Complaint.

19

20          **IT IS SO ORDERED:**

21                                             _____

22                                             HON. ELAYNA J. YOUCHAH
                                               UNITED STATES MAGISTRATE JUDGE
23
                                               Dated:  June 23, 2020
24

25

26

27

28

-4-