
Kristie Fischer (Nevada Bar No. 11693)
Rebecca Evans (PHV UT #16846)
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Phone: (385) 233-6612 ext. 3152
kristiefischer@lawhq.com
rebecca@lawhq.com

*Attorneys for Plaintiffs*

A. Paul Heeringa, Esq. (PHV)
**MANATT, PHELPS & PHILLIPS, LLP**
151 N. Franklin St.
Suite 2600
Chicago, IL 60606
Telephone:   312.529.6300
Facsimile:   312.529.6315
E-mail: PHeeringa@manatt.com

Jason A. Close, Esq. (Nevada Bar No: 13674)
**CLOSE LAW GROUP**
2831 Saint Rose Pkwy Suite 240
Henderson, NV 89052
Telephone: 702.983.4254
Facsimile: 702.924.4645
E-mail: jason@closelawgroup.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Eric Vawter**, et al,<br><br>        Plaintiffs,<br>v.<br><br>**Porch.com Inc.,** a Delaware corporation; **GoSmith Inc.** a Delaware corporation; **Matthew Ehrlichman**, CEO and co-founder of Porch.com Inc. and CEO of GoSmith, Inc., in his individual capacity; **Brenton Marrelli**, CEO and co-founder of GoSmith Inc., in his individual capacity; and **Darwin** | Civil Case No.: 2:20-cv-00752-JAD-EJY<br><br>**Stipulation and Order Dismissing Action**<br><br>ECF Nos. 13, 18, 25 |

| | |
|---|---|
| **Widjaja,** CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity,<br><br>Defendants. | |

Acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LR 7-1 and LR IA 6-2, the parties to this action give notice of this Stipulation to Dismiss, which disposes of Plaintiffs' claims in the above-captioned case. The parties, through counsel, have stipulated and agreed to consolidate this and other related matters by amending *Dawson et al v. Porch.com Inc. et* al, case #2:20-cv-00604, W.D. Washington, to include Plaintiffs and their claims against Defendants. Pursuant to J. Lasnik's Order on November 24, 2020 [ECF #35] granting the parties' stipulated motion to amend in that case, Plaintiffs, through counsel, voluntarily agree to dismiss all claims filed in this matter against Defendants Porch.com Inc., GoSmith Inc., Matthew Ehrlichman, Brenton Marrelli, and Darwin Widjaja without prejudice. Each party is to bear its own attorney's fees and costs.

Date: November 30, 2020          Respectfully submitted,

/s/ *Kristie Fischer*  
Kristie Fischer  
NV Bar No. 11693  

/s/ *Rebecca Evans*  
Rebecca Evans (PHV *submitted*)  
Utah Bar No. 16846  

**LawHQ, LLC**  
*Attorneys for Plaintiffs*

/s/ *Jason A. Close*  
Jason A. Close  
NV Bar No. 13674  

**Close Law Group**

/s/ *A. Paul Heeringa*  
A. Paul Heeringa (*PHV*)  

**Manatt, Phelps & Phillips, LLP**  
*Attorneys for Defendants*

### ORDER OF THE COURT

Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 13, 18]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____  
U.S. District Judge Jennifer A. Dorsey  
Dated: November 30, 2020